## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL A. KEENAN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket no. 08-cv-147-P-S |
| | ) |
| INTERNATIONAL ASSOCIATION OF | ) |
| MACHINISTS & AEROSPACE | ) |
| WORKERS, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER ON DEFENDANTS MOTION FOR SANCTIONS

Before the Court is Defendants' Motion for Sanctions (Docket # 16). Having reviewed all of the submissions made in connection with the Motion as well as the entire docket, the Court DENIES the Motion. In short, the Court does not believe that Attorney Rosenblatt's decision to withdraw Plaintiffs' Motion for Preliminary Injunction on June 25, 2008 following his refusal to withdraw the Motion prior to June 16, 2008 "multiplie[d] the proceedings of this case unreasonably and vexatiously." 28 U.S.C. § 1927. In reaching this conclusion, the Court credits and relies upon the Declaration of Leon M. Rosenblatt (Docket # 22), which, in the Court's view, offers a reasonable explanation for the timing and context of Attorney Rosenblatt's withdrawal of the Motion for Preliminary Injunction. At most, Attorney Rosenblatt's alleged ten day delay objectively reflects "mere negligence, inadvertence or incompetence" and, as such, does not warrant the imposition of sanctions under 28 U.S.C. § 1927. Cruz v. Savage, 896 F.2d 626, 632 (1st Cir. 1990). Therefore, the Motion is hereby DENIED.

SO ORDERED.

/s/ George Z. Singal
Chief U.S. District Judge

Dated this 12th day of August, 2008.